CAPITAL SOUTHWEST CORP. ET AL. *v.* CALVERT,
COMPTROLLER OF PUBLIC ACCOUNTS
OF TEXAS, ET AL.

No. 1130.   Decided March 23, 1970

*J. Sam Winters, Henry D. Akin, Jr.,* and *William D. Powell* for appellants.

*Crawford C. Martin,* Attorney General of Texas, *pro se, Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, *John R. Grace* and *William Edward Allen,* Assistant Attorneys General, and *William B. Hilgers,* Special Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.